# Exhibit A



# Notice of Service of Process

null / ALL
Transmittal Number: 17525234
Date Processed: 12/15/2017

| | |
|---|---|
| Primary Contact: | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| Entity: | State Farm Mutual Automobile Insurance Company<br>Entity ID Number  3461675 |
| Entity Served: | State Farm Mutual Automobile Insurance Company |
| Title of Action: | Robert Rowen vs. State Farm Mutual Automobile Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Washoe County District Court, Nevada |
| Case/Reference No: | CV17-01886 |
| Jurisdiction Served: | Nevada |
| Date Served on CSC: | 12/14/2017 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | NV Division of Insurance on 12/08/2017 |
| How Served: | Certified Mail |
| Sender Information: | William C. Jeanney<br>775-335-9999 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

| BRIAN SANDOVAL | STATE OF NEVADA | C.J. MANTHE |
|---|---|---|
| *Governor* | | *Director* |

BARBARA D. RICHARDSON
*Commissioner*



## DEPARTMENT OF BUSINESS AND INDUSTRY
## DIVISION OF INSURANCE
1818 East College Pkwy., Suite 103
Carson City, Nevada 89706
(775) 687-0700    •    Fax (775) 687-0787
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

CERTIFIED MAIL NO. 7017 1070 0000 8962 9340

December 11, 2017

State Farm Mutual Automobile Insurance Company
CSC Services of Nevada, Inc.
2215 Renaissance Drive, Ste. B
Las Vegas, Nevada 89119-6727

RE:  Robert Rowen vs. State Farm Mutual Automobile Insurance Company, et al.
     Second Judicial District Court, Washoe County, Nevada
     Case No. CV17-01886, Dept. No. 1

Dear Sir/Madam:

Please find enclosed the following documents: Summons and Complaint. The documents were served upon the Commissioner of Insurance as your attorney for service of process on December 8, 2017.

The appropriate action should be taken immediately, as you may have only 30 days from the date of this service to respond.

If you have any questions regarding this service, please so advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By: *[signature]*
YVONNE RENTA
Service of Process Clerk

Enclosures

c:   William C. Jeanney, Esq.

## PROOF OF SERVICE

1. I hereby declare that on this day I served the Summons and Complaint upon the following defendant in the within matter by mailing a copy thereof, via certified mail, return receipt requested, to:

State Farm Mutual Automobile Insurance Company
CSC Services of Nevada, Inc.
2215 Renaissance Drive, Ste. B
Las Vegas, Nevada 89119-6727
CERTIFIED MAIL NO. 7017 1070 0000 8962 9340

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 11th day of December, 2017.

_____
YVONNE RENTA
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE: Robert Rowen vs. State Farm Mutual Automobile Insurance Company, et al.
Second Judicial District Court, Washoe County, Nevada
Case No. CV17-01886, Dept. No. 1

State of Nevada, Division of Insurance
This document on which this certificate is stamped is a full, true and correct copy of the original.

Date: 12-11-17   By: _____

-1-

| | | |
|---|---|---|
| BRIAN SANDOVAL<br>*Governor* | **STATE OF NEVADA** | C.J. MANTHE<br>*Director* |
| | | BARBARA D. RICHARDSON<br>*Commissioner* |



## DEPARTMENT OF BUSINESS AND INDUSTRY
## DIVISION OF INSURANCE

1818 East College Pkwy., Suite 103
Carson City, Nevada 89706
(775) 687-0700 • Fax (775) 687-0787
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

December 11, 2017

Law Office of Bradley, Drendel & Jeanney
Attn: William C. Jeanney, Esq.
PO Box 1987
Reno, Nevada 89505

RE: Robert Rowen vs. State Farm Mutual Automobile Insurance Company, et al.
Second Judicial District Court, Washoe County, Nevada
Case No. CV17-01886, Dept. No. 1

Dear Mr. Jeanney:

The Nevada Division of Insurance ("Division") received the service of process documents regarding the above-entitled matter on December 8, 2017. Service has been completed today's date on defendant State Farm Mutual Automobile Insurance Company, and enclosed are the following:

1. A copy of the Division's letter to State Farm Mutual Automobile Insurance Company, dated December 11, 2017;
2. A certified copy of the Proof of Service dated December 11, 2017; and
3. A copy of the paid invoice reflecting payment in the amount of $30.

Pursuant to *Nevada Revised Statutes* 680A.260, 685A.200, and 685B.050, all documents after initial service of process may be served directly to the party. Please advise if you have any questions regarding this service.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By: _____
YVONNE RENTA
Service of Process Clerk

Enclosures

c: State Farm Mutual Automobile Insurance Company

4085

**RECEIVED DEC 8 2017 DIVISION OF INSURANCE STATE OF NEVADA**

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

ROBERT ROWEN,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation; ABC CORPORATIONS I-X,
inclusive; BLACK & WHITE COMPANIES
I-X, inclusive; JOHN DOES I-X, inclusive,

        Defendants.

Case No. CV17-01886

Dept. No. 1

## SUMMONS

**TO THE DEFENDANT: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT BEING HEARD UNLESS YOU <u>RESPOND IN WRITING</u> WITHIN 20 DAYS. READ THE INFORMATION BELOW VERY CAREFULLY.**

    A civil complaint has been filed by the Plaintiff against you for the relief as set forth in that document (see complaint or petition). When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure, Rule 4 (b).

1. If you intend to defend this lawsuit, you must do the following within 20 days after service of this summons, exclusive of the day of service:
   a. File with the Clerk of the Court, whose address is shown below, a formal written answer to the complaint or petition, along with the appropriate filing fees, in accordance with the rules of the Court, and;
   b. Serve a copy of your answer upon the attorney or plaintiff(s) whose name and address is shown below.

2. Unless you respond, a default will be entered upon application of the plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the complaint or petition.

Dated this _____ day of October 2017.

Issued on behalf of Plaintiff:

Name: William C. Jeanney, Esq.
Address: P.O. Box 1987
        Reno, NV 89505
Phone Number: (775) 335-9999

CLERK OF THE COURT

_____
Deputy Clerk
Second Judicial District Court
75 Court Street, Reno, Nevada 89501

-1-

Our File No. 203297

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

**DECLARATION OF PERSONAL SERVICE**
(To be filled out and signed by the person who served the Defendant or Respondent)

STATE OF _____ )
                                  )
COUNTY OF _____ )

I, _____, declare:
(Name of person who completed service)

1. That I am not a party to this action and I am over 18 years of age.

2. That I personally served a copy of the Summons and the following documents:

_____

_____

_____

upon _____, at the following
       (Name of Respondent/Defendant who was served)
address: _____

on the _____ day of _____, 20\_\_\_\_\_.
                        (Month)        (Year)

This document does not contain the Social Security Number of any Person.

I declare, under penalty of perjury under the law of then State of Nevada, that the foregoing is true and correct.

_____
(Signature of person who completed service)

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 203297

-2-