# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ROWEN,<br>　　　　　Plaintiff(s),<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; JOHN DOES I-X, inclusive, | CASE NO.: 3:18-cv-00009-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between BRADLEY DRENDEL & JEANNEY, attorneys for Plaintiff, ROBERT ROWEN, and ATKIN WINNER & SHERROD, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

　　　　IT IS FURTHER STIPULATED that no jury fees were posted in the above-referenced matter.

　　　　IT IS FURTHER STIPULATED THAT the Mandatory Settlement Conference scheduled for July 26, 2018 will be vacated.

..

..

IT IS FURTHER STIPULATED THAT the trial date scheduled for November 5, 2018 will be vacated.

DATED this 11TH day of July, 2018.

ATKIN WINNER & SHERROD

Trevor L. Atkin
Nevada Bar No. 3133
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for State Farm Mutual Automobile Insurance Company*

DATED this 11 day of July, 2018.

BRADLEY DRENDEL & JEANNEY

William Jeanney
Nevada Bar No. 01235
401 Flint Street
Reno, NV 89501
*Attorneys for Robert Rowen*

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees;

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter;

IT IS FURTHER ORDERED the Mandatory Settlement Conference scheduled for July 26, 2018 will be vacated; and

IT IS FURTHER ORDERED the trial date scheduled for November 5, 2018 will be vacated.

DATED this 12th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE